UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMIL CLERMONT,<br><br>                    Plaintiff,<br><br>        v.<br><br>BILL ELFO, et al.,<br><br>                    Defendants. | NO. 2:18-cv-01489-RSM<br><br>ORDER GRANTING DEFENDANT GOGGIN'S MOTION TO STAY DISCOVERY AND INITIAL DEADLINES |

This matter comes before the Court on Defendant Colin Goggin's motion to for a protective order staying discovery and the Court's initial deadlines. Having reviewed the pleadings, the filings in support of and in opposition to the motion, and the remainder of the file, it is hereby **ORDERED** that Defendant Colin Goggin's Motion to Stay is **GRANTED**. Discovery and the Court's initial deadlines are stayed pending a decision on Defendant Goggin's motion to dismiss.

**DATED** this 4 day of December 2018, at Seattle, Washington.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/Donna M. Moniz
Donna M. Moniz, WSBA #12762

**ORDER GRANTING DEFENDANT GOGGIN'S MOTION TO STAY
DISCOVERY AND INITIAL DEADLINES – 1**

Johnson Graffe Keay
Moniz & Wick LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770